

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

DEC 22 2005

J. T. NOBLIN, CLERK
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**CATHY D. PEARSON**                                                          **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:04cv778LN**

**BELLSOUTH TELECOMMUNICATIONS, INC.**                              **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on the Joint Motion To Dismiss, ore tenus, and the Court

having considered said Joint Motion, such matters as presented by parties present, and otherwise being

thoroughly familiar in the premises is of the opinion and so finds that the parties have announced that they

have entered into a Complete and Full Settlement Agreement of all issues joined herein and that the case

subjudice should be dismissed with prejudice with each party paying her/its own costs herein as evidenced

by the signatures of the parties and their respective attorneys affixed hereto, and that said motion is well

taken and should be granted in all respects, good cause having been shown therefor.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Complaint filed herein by Plaintiff

Cathy D. Pearson should be and hereby is dismissed with prejudice with each party to bear her/its own costs

incurred herein.

SO ORDERED AND ADJUDGED on this 22*nd* day of December, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

/s/ Cathy D. Pearson _____
CATHY D. PEARSON, Plaintiff

/s/James L. Martin_____
JAMES L. MARTIN, Her Attorney

BELLSOUTH TELECOMMUNICATIONS, INC.

By:/s/ Ruth Fife_____

/s/ Ruth Fife _____
RUTH H. FIFE, Its Attorney

Prepared By:
JAMES L. MARTIN
Attorney at Law
Depot Building
105 Depot Drive
Post Office Box 2703
Madison, MS 391105
601-605-8692
MS BAR NO. 1891